1 BENJAMIN B. WAGNER
United States Attorney
2 KAREN A. ESCOBAR
Assistant U.S. Attorney
3 2500 Tulare Street
Fresno, California 93721
4 Telephone: (559)497-4000

5

6

7

8       IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) 1:10-CR-00462-LJO
                                    )
12         Plaintiff,                ) FINAL ORDER OF FORFEITURE
                                    )
13    v.                             )
                                    )
14 BOUNEPHENG SAVONGSY,             )
   PHOUSANGKHY PHANTHADETH,         )
15   aka "Phou,"                    )
   MANOP SOUKSAVATH,                )
16   aka Anh Huy Nuynh,             )
   ERNSON MERISIER,                 )
17   aka "E,"                       )
   MARQUIS ALLEN MECA, and          )
18 RUDDYS A. PIMENTEL,              )
                                    )
19         Defendants.               )
                                    )

20

21    WHEREAS, on July 29 and September 27, 2011, the Court entered

22 Preliminary Orders of Forfeiture, pursuant to the provisions of 21

23 U.S.C. § 853, based upon the plea agreements entered into between

24 plaintiff and defendants Bounepheng Savongsy, Phousangkhy

25 Phanthadeth, aka Phou, Manop Souksavath, aka Anh Huy Nuynh, Ernson

26 Merisier, aka E, Marquis Allen Meca, and Ruddys A. Pimentel, in the

27 following property:

28           a.   Approximately $3,269.00 in U.S. Currency,
                  and,

                              1         Final Order of Forfeiture

b.   2006 Dodge Charger, VIN: 2B3KA53H96H302025,
                 Massachusetts License Number 842KP5.

    AND WHEREAS, beginning on July 28, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of Bounepheng Savongsy, Phousangkhy Phanthadeth, aka Phou, Manop Souksavath, aka Anh Huy Nuynh, Ernson Merisier, aka E, Marquis Allen Meca, and Ruddys A. Pimentel.

    2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///
///
///

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   March 12, 2012**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE